IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:19CR40014-001 |
| | ) | |
| CHARLES DONALD THOMPSON | ) | |

## FINAL ORDER OF FORFEITURE

On January 24, 2020, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 26). In the Preliminary Order of Forfeiture, a Hitachi SATA Desktop Hard Drive, 750 GB, SN: JP2740HPOVEWTH and a HP Pavilion P6000 Desktop Computer Tower, SN: MX810809ND, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On March 31, 2020, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was April 29, 2020. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 24, 2020, shall become final at this time.

IT IS SO ORDERED this 22nd day of September, 2022.

*Susan O. Hickey*
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE